# ATTACHMENT A

# COMPLAINT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| STEVEN GIANESINI, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY, a For Profit Corporation.<br><br>      Defendant. | Case No.<br><br>COMPLAINT FOR DISCRIMINATION IN THE WORKPLACE |

**1.0 PARTIES**

1.1 Plaintiff Steve Gianesini ("Gianesini") is a resident of Seattle, King County, Washington.

1.2 Defendant, the Boeing company is in the business of aerospace and does business in King County, Washington and during all material times Plaintiff was employed by Defendant in King County, Washignton.

## 2.0 JURISDICTION AND VENUE

2.1    The Court has jurisdiction over Defendant because The Boeing Company, does business in King County Washington particularly with its plant in Kent, Washington where all acts alleged in this complaint took place.

2.2    The venue is proper because The Boeing Company does business in Kent, Washington, King County which is where all acts alleged in this complaint took place.

## 3.0    FACTUAL BACKGROUND

3.1    Plaintiff was gainfully employed by the Boeing Company and had been for several years as a member of their Network Design Team.

3.2    Plaintiff's Team Lead was Andrea Garrison. Ms. Garrison's manager was John Schulz.

3.3    John Schultz stated to Andrea Garrison in front of Plaintiff: "You know how those Italians are, you gotta get 'em while they're weak." Plaintff took this comment to refer to him as Mr. Schultz immediately looked at him after he said it. Plaintiff's mother had just passed when the comment was made and he was therefore in a weakened state.

3.4    Plaintiff reported the discrimination comment to human resources who responded that if you continue to report these things to HR, you are not going to have that many friends and you will continue to ruffle feathers.

3.5    Plaintiff is of Italian descent and heritage and having obtained no relief from Boeing on his complaint for discrimination based upon his Italian heritage, felt that he had no choice but to resign from his position.

## 4.0    CAUSE OF ACTION

4.1    Plaintiff restates paragraphs 1.1-3.5 as if fully stated herein.

4.2    Plaintiff was discriminated against by his employer based upon his national origin through descent and heritage of being Italian. The discrimination was stated by his manager in

the work place to a Team Lead such that Plaintiff could hear the comment and attribute it to himself given the circumstances.

    4.3    Despite reporting it to Human Resources, the Boeing Company took no action and instead dismissed the discrimination.

    4.4    As a direct and proximate result, Plaintiff was forced to leave his employment, has not been able to find similar gainful employment in a non-discriminatory field and has been damaged in an amount to be proven at trial but over the statutory amounts for mandatory arbitration.

### 5.0    PRAYER FOR RELIEF

    5.1    The Plaintiff respectfully requests that the court award damages to Plaintiff for violation of state law against discrimination in the workplace.

    5.2    The Plaintiff respectfully requests that the court award attorney's fees as provided by the discrimination statute.

    5.3    The Plaintiff seeks other relief as the court deems just, if any.

DATED this 12th day of February, 2021

**SMYTHE & JONES PLLC**

*/s/ Marianne K. Jones*
_____
MARIANNE K. JONES, WSBA #21034
JORDAN E. JONES, WSBA #52951
SMYTHE & JONES PLLC
400 112th Ave NE Suite 200
Bellevue, WA 98004
Attorneys for Plaintiff