UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN GIANESINI,

        Plaintiff,

  v.

THE BOEING COMPANY,

        Defendant.

C21-187 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    In light of plaintiff's filing of an Amended Complaint, docket no. 10, defendant's earlier-filed motion to dismiss, docket no. 9, is STRICKEN as moot.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 29th day of March, 2021.

                      William M. McCool
                      Clerk

                      s/Gail Glass
                      Deputy Clerk

MINUTE ORDER - 1