UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN GIANESINI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a For Profit Corporation.<br><br>Defendant. | Case No. 2:21-cv-00187-TSV<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL** |

COMES NOW Plaintiff STEVEN GIANESINI, an individual, by and through his attorneys of record, SMYTHE & JONES, PLLC and Defendant THE BOEING COMPANY, a for profit corporation, by and through its attorneys of record, PERKINS COIE LLP, and hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

/ / / / /

/ / / / /

STIPULATED MOTION AND
ORDER OF DISMISSAL
Page -1

SMYTHE & JONES PLLC
400 112TH AVE NE Suite 200.
Bellevue, WA 98004
(425) 436-5777

92391152.1

**SMYTHE & JONES PLLC**

By: _____
Marianne K. Jones WSBA#21034
400 112th AVE NE Suite 200
Bellevue, WA 98004
Phone: (425) 436-5777
Email: mkj@smythejones.com

*Attorney for Plaintiff Steven Gianesini*

DATED this 23rd day of August 2021

**PERKINS COIE LLP**

By: _____
Emily Bushaw, WSBA #41693
Heather Shook, WSBA #56610
1201 3rd Ave Ste 4900
Seattle, WA 98101
Phone: (206) 359-8154
Email: ebushaw@perkinscoie.com
Email: hshook@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

DATED this 23rd day of August 2021

STIPULATED MOTION AND
ORDER OF DISMISSAL
Page -2

92391152.1

SMYTHE & JONES PLLC
400 112TH AVE NE Suite 200.
Bellevue, WA 98004
(425) 436-5777

## ORDER

The parties' stipulated motion, docket no. 31, is GRANTED, and it is ORDERED that the above matter is hereby DISMISSED with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED this 23rd day of August 2021.

_____
Thomas S. Zilly
United States District Judge

*Presented by:*

**SMYTHE & JONES PLLC**

By:_____
Marianne K. Jones WSBA#21034
400 112th AVE NE Suite 200 Bellevue, WA 98004
Phone: (425) 436-5777
Email: mkj@smythejones.com

*Attorney for Plaintiff Steven Gianesini*

DATED this 23rd day of August 2021

STIPULATED MOTION AND ORDER OF DISMISSAL
Page -3

SMYTHE & JONES PLLC
400 112TH AVE NE Suite 200.
Bellevue, WA 98004
(425) 436-5777

92391152.1

**Agreed as to form, Notice of Presentation Waived:**

**PERKINS COIE LLP**

By: _____
Emily Bushaw, WSBA #41693
Heather Shook, WSBA #56610
1201 3rd Ave Ste 4900
Seattle, WA 98101
Phone: (206) 359-8154
Email: ebushaw@perkinscoie.com
Email: hshook@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

DATED this 23rd day of August 2021

STIPULATED MOTION AND
ORDER OF DISMISSAL
Page -4

SMYTHE & JONES PLLC
400 112TH AVE NE Suite 200.
Bellevue, WA 98004
(425) 436-5777

92391152.1